AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Joshua Del Chandler<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

3:21-mj-24

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___11/10/2019-02/08/2021___ in the county of ___Clinton___ in the

___Southern___ District of ___Iowa___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2), 2252(b)(1) | Receipt of Child Pornography |
| 18 U.S.C. §§ 2252(a)(4)(B), 2252 (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron A. Smith, FBI, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other
   reliable electronic means.

Date: ___02/10/2021___

_____
*Judge's signature*

City and state: ___Davenport, Iowa___

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
1:55 pm, Feb 10 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA    )
                            ) ss
SOUTHERN DISTRICT OF IOWA   )

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Cameron A. Smith, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.    This affidavit is made in support of a criminal complaint charging Joshua Del

Chandler (Chandler) with offenses under Title 18, United States Code, Sections 2252(a)(2) and

2252(b)(1) (Receipt of Child Pornography), and Title 18, United States Code, Sections

2252(a)(4)(B) and 2252(b)(2) (Possession of Child Pornography). I have set forth only the facts

that I believe are necessary to establish probable cause to conclude that Chandler has committed

violations of 18 U.S.C. § 2252(a)(2), 2252(b)(1), 2252(a)(4)(B) and 2252(b)(2), and that these

offenses occurred within the Southern District of Iowa. The charges are based upon events

summarized below.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI), and have

been so employed since September 2018. I am currently assigned to the Quad Cities Resident

Agency of the Omaha Field Division. During the normal course of my duties, I conduct

investigations involving a variety of criminal violations, to include violations of federal statutes

involving the sexual exploitation of minors and child pornography (CP). I am a federal law

enforcement officer, as defined in Federal Rules of Criminal Procedure 41(a)(1)(C).

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.      On November 10, 2019, a witness called the FBI National Threat Operations Center (NTOC) and reported that his/her significant other, Joshua Chandler ("Chandler"), had child pornography ("CP") on his cell phone. The witness reported the CP included images of children in a bathtub and images of children without tops on. This was the second time the witness had found CP on Chandler's phone.

5.      In 2016 or 2017, the witness was looking through Chandler's cell phone because he/she suspected he was having a relationship with another person. Upon reviewing the contents of his phone, he/she stumbled across CP. The witness described the phone as containing hundreds of images and videos he/she believed were CP. The children included infants to early teens. The witness reported the images depicted sexual acts being performed on children, but he/she stopped reviewing further as he/she was repulsed.

6.      When confronted, Chandler told the witness that he was on a pornography site and the website downloaded the CP to his phone. Chandler told the witness he did not want that material and agreed to not password protect his computer or phone so the witness could monitor it. Chandler told the witness that he did not know how to erase the CP.

2

7.    In November 2019, the witness was reviewing Chandler's Facebook profile on his/her phone and noticed that Chandler was being "flirty" with a female. The witness went home to confront him and, upon arrival at Chandler's home, the witness reviewed Chandler's phone and found conversations with young females.  It appeared that Chandler was pretending to be a younger male and was communicating with young females.  Additionally, the witness observed a video and images of what appeared to be toddlers who were topless.  In one video, a topless toddler was on the lap of a male and the male was attempting to kiss the toddler.

8.    When confronted, Chandler did not deny possessing CP on his phone.  He did not provide excuses, telling the witness he did not know what was wrong with him and he expected to go to jail for a long time.  The witness took Chandler's phone and laptop due to his admissions about possessing CP.

9.    On November 08, 2019 through November 29, 2019, the witness and Chandler had multiple conversations via text message discussing the CP the witness located on Chandler's phone. The witness told Chandler: "Take responsibility and turn yourself in. Owning up to your actions would be a step in the right direction." Chandler replied: "Is that what u want?" and "U have the phone to provide them?"  The witness stated: "I can get it."  The witness then told Chandler: "And the first time i caught you with this disgusting shit i let you explain it away and tried to give you the benefit of the doubt and it was all lies...You can't fucking tell me you love us. We could be watching a family movie together one minute and as soon as we go to bed you're out in the garage getting off on kids getting raped josh. Do you really not see the problem?" Chandler replied: "I know. U have no reason to belive me." The witness stated: "And

3

you repay me by kissing me goodnight and watching those poor babies be tortured and violated."
Chandler told the witness: "Matter of time before my sin catch up with me."

10.     The cell phone had a password-protected application and Chandler would not
provide the password to the witness.

11.     On April 13, 2020, the witness provided Chandler's cell phone and laptop
computer to the FBI. Additionally, the FBI took possession of a USB Micro Storage device from
the witness which contains screenshots from text conversations between the witness and
Chandler.

12.     On June 09, 2020, this affiant obtained a Federal search warrant for: Chandler's
cell phone and laptop, as well as the USB Micro Storage device.

13.     On June 25, 2020, this affiant submitted a request to the FBI Computer Analysis
Response Team (CART) to examine the electronic devices.

14.     On January 05, 2021, this affiant reviewed the cell phone extraction that was
performed by CART and located approximately 22 images and three videos depicting CP.
Additionally, a review of the data by CART determined that no CP was found on the laptop.

15.     Of the CP images located on the cell phone, one depicted a nude prepubescent
female child holding her arms above her head exposing her breasts and vagina. Another image
depicted a nude adult female kissing a nude female child approximately 12 years old. The image
revealed the breasts and vagina of the female child and had a hashtag on the image that stated:
"#Famyly Nudism."

16.     There were several images that appeared to be screenshots depicting multiple images of CP. These images revealed the genitals of various children. One image depicted what appeared to be a prepubescent female child using her hands to spread apart her buttocks to expose her genitals. Another image depicted prepubescent female children engaging in vaginal and oral sexual intercourse with adult males. One image depicted a prepubescent female child approximately three-years-old without pants on laying on her back exposing her vagina. The child is holding a stuffed animal while an adult male inserts his erect penis into the child's vagina. Another image depicts a prepubescent female child performing oral sex on an adult male.

17.     The CP videos located on Chandler's cell phone depicted a prepubescent female child performing oral sex on an adult male and an adult male performing anal sex on a female child; an adult male kisses a prepubescent female child for approximately two minutes before the child performs oral sex on him; and an adult male placed what appeared to be lubricant on his fingers and inserted them into the anus of a female child approximately 14-years-old multiple times before performing anal sex on the child.

18.     The video file paths suggest Chandler used the MEGA application to send or receive CP videos. Chandler's cell phone extraction revealed he received two email correspondences from MEGA at email address epicjdc333@gmail.com. One email was dated November 05, 2019 and contained the subject line: Your MEGA account needs more space and the other email was dated November 08, 2019 and contained the subject line: MEGA Account Closure. Based on publicly available information, MEGA, or MEGA.NZ, is a cloud-based storage and file-hosting service that provides user-controlled encrypted cloud storage through standard web browsers, with a mobile application.

5

19.    On January 07, 2021, this affiant requested information from MEGA for account information associated with email address epicjdc333@gmail.com. That same day, MEGA provided records associated with that email address. The user associated with email address epicjdc333@gmail.com cancelled their account on April 14, 2020, but created a new account using the same email address, on May 31, 2020. It appears that epicjdc333@gmail.com is associated with two "user handles" ("usernames") at MEGA, including usernames "N3kfTNpJcbs" and "dY-Bn6waRGw." Username "N3kfTNpJcbs" had 23 public links, 3,671 files, and 94 folders on the MEGA application. "N3kfTNpJcbs" was associated with telephone number 563-XXX-8465. Username "dY-Bn6waRGw" had 1,429 files, 68 folders, but was not associated with a telephone number on the MEGA application. The content of those MEGA files is currently unknown.

20.    On January 25, 2021, this affiant interviewed the witness, who advised that Chandler still lives at the same residence in which the witness saw CP on his phone. The witness stated that Chandler's telephone number is 563-XXX-8465 and his email address was epicjdc333@gmail.com. Chandler has since gotten a new phone because he/she took his old one. The telephone number and email address within the MEGA records matches the telephone number and email address provided by the witness. The witness last spoke with Chandler on the phone on January 11, 2021 regarding the residence because the witness has an ownership interest in it.

21.    On February 03, 2021, the FBI obtained a search warrant in the Southern District of Iowa for Chandler's residence located on 12th Avenue South in Clinton, Iowa.

22.     On February 05, 2021, the FBI conducted a search warrant at the residence of Chandler. Multiple items of digital evidence such as his cellular telephone were seized. During the search, the FBI confirmed that Chandler lives at the residence with an adult female and a child who is approximately one (1) years old.

23.     On February 05, 2021, the FBI interviewed Chandler. Chandler provided his telephone number as 563-XXX-8465 and email address being epicjdc333@gmail.com. Chandler confirmed that he had a MEGA account. The first time Chandler received images of CP might have been more than two (2) years ago. In reference to trading CP photos, Chandler stated that he did not do that at first. The last time Chandler shared a folder on MEGA containing CP was a few years ago. Chandler stated that he would chat online but did not have pictures. He would then talk to someone else, get the pictures, and then share the CP. Chandler confirmed that he shared images and videos of CP in chat rooms. Chandler stated that someone would send him a folder of CP and then he would send the folder to someone else. He would look at it, referencing the folder, but not all of it, as there was so many. Chandler confirmed these folders had images and videos of CP. Chandler stated the first time he saw a picture he puked and that it became slowly acceptable. Chandler tried going to a therapist.

24.     During the interview, Chandler provided consent to this affiant to access his MEGA account. Chandler provided his email address and password for MEGA to this affiant and signed the Consent to Assume Online Identity Form (FD-1086).

25.     On February 08, 2021, the FBI accessed and reviewed the MEGA account provided by Chandler. The dashboard within MEGA displayed email address epicjdc333@gmail.com. The settings page within MEGA displayed telephone number 563-

7

XXX-8465. This affiant observed a sexually themed conversation on MEGA between Chandler and an unidentified individual (UI). Chandler explained to the UI that he would watch and babysit a girl that is 13 months old. He said that she is not any relation to him and that he used to date her mother but it did not work out. Chandler explained to the UI that he would help her out from time to time when she had no one else to watch her. Chandler discussed a photoshoot with the UI and stated: "Well both those links are everything I have. Lol though if I find more I will send your way. Mabey the next time I babysit I can have a photoshoot. Lmao." The UI replied: "That would be pwrfwct." Chandler replied: "Lol." The UI stated: "I'm serious... maybe a little video of you rubbing her." Chandler replied: "Really? You'd like that huh? Well I'll let ya know the next time I watch her." Within MEGA, this affiant observed several folders containing images and videos of CP. There were videos of prepubescent female children masturbating using their hands and various objects.

## CONCLUSION

26.     Based on the foregoing information, the affiant submits there is probable cause to believe Joshua Del Chandler has committed violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1) (Receipt of Child Pornography), and Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2) (Possession of Child Pornography) in Clinton, Iowa, which is in the Southern District of Iowa.

Respectfully submitted,

Cameron A. Smith
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
By telephone or other reliable electronic
means on February 10, 2021          , 2021.

STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF IOWA

9